## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Morgan Wright, | Court File No.: 23-cv-2646 (ECT/SGE) |
| Plaintiff, | |
| v. | ORDER AMENDING SCHEDULING ORDER TO EXTEND EXPERT DISCOVERY |
| The Travelers Home and Marine Insurance Company, | |
| Defendant. | |

The above-captioned matter came before the Honorable Shannon G. Elkins, on the parties' Joint Motion to Amend the Court's Pretrial Scheduling Order dated January 29, 2025. Based on the agreement of the parties and the reasons set forth in the parties' motion (Dkt. 69), the Court finds there is good cause to extend the deadlines relating to expert discovery.

**IT IS HEREBY ORDERED:**

The Court's Pretrial Scheduling Order is hereby amended as follows:

3. <u>Expert Discovery</u>

    a. Each side may call no more than three expert witnesses.
    b. Each side shall take no more than one deposition per expert.
    c. Disclosure of the identity of expert witnesses under Fed. R. Civ. P. 26(a)(2)(A) and the full disclosures required by Fed. R. Civ. P. 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

        i. Plaintiff
            1. Identification by Plaintiff on or before September 5, 2025.
            2. Report by Plaintiff on or before September 5, 2025.

        3. Rebuttal witness and reports shall be disclosed on or before November 14, 2025.

    ii. Defendant
        1. Identification by Defendant on or before October 10, 2025.
        2. Report by Defendant on or before October 10, 2025.
        3. Rebuttal witness and reports shall be disclosed on or before November 14, 2025.

d. Expert discovery, including depositions, shall be completed on or before January 1, 2026.

4. <u>Non-Dispositive Motions</u>

e. All non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before January 1, 2026.

All other deadlines in the Scheduling Order (Dkt. 67), including the deadlines for fact discovery, motions, and trial, shall remain the same.

**BY THE COURT**

Dated: March 28, 2025
*s/Shannon G. Elkins*
SHANNON G. ELKINS
U.S. Magistrate Judge